ANDREW BIAGLOW et al., Appellants-Respondents, v ELITE PROPERTY HOLDINGS, LLC, et al., Respondents-Appellants, et al., Defendant.

Submitted August 8, 2016; decided October 25, 2016

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of JEFFREY GAWRYS, Appellant. MEDICAL DELIVERY SERVICES, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted July 11, 2016; decided October 25, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

INDUS PVR LLC, Respondent, v MAA-SHARDA, INC., Appellant, ROSHAN HOSPITALITY, INC., et al., Defendants. (Appeal No. 1.)

Submitted August 1, 2016; decided October 25, 2016

Reported below, 140 AD3d 1666, 1668.

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court judgment, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining order sought to be appealed from does not finally determine the action within the meaning of the Constitution.